UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALPHONSO CURTIS BROWNLEE,<br><br>Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>Respondent. | CASE NO. 3:19-CV-05646-RBL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: October 11, 2019 |

The District Court has referred this action filed under 28 U.S.C. § 2241 to United States Magistrate Judge David W. Christel. Petitioner Alphonso Curtis Brownlee, proceeding *pro se*, filed this federal habeas action on July 15, 2019. *See* Dkt. 1. After reviewing the Petition, the Court declined to serve the Petition, but gave Petitioner an opportunity to show cause why this case should not be dismissed. *See* Dkt. 5. Petitioner was ordered to show cause on or before September 6, 2019. *Id.* The Court warned Petitioner that failure to file an amended pleading or adequately address the issues identified in the Order would result in the Court recommending dismissal of this action. *Id.*

1     Petitioner has failed to comply with the Court's Order. He has not filed a response to the

2 Order or filed an amended petition. As Petitioner has failed to follow the Court's Order, the

3 Court recommends dismissal of this action without prejudice.

4     Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

5 Procedure, the parties shall have fourteen (14) days from service of this Report to file written

6 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

7 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

8 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on October

9 11, 2019, as noted in the caption.

10     Dated this 24th day of September, 2019.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2